**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| NAVJOT SINGH, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-26-263-J |
| | ) | |
| SCARLET GRANT, et al., | ) | |
| | ) | |
| Respondents. | ) | |

## **JUDGMENT**

Pursuant to the Order filed this same day, the Court GRANTS IN PART Petitioner's

Petition for Writ of Habeas Corpus.  Respondents shall provide Petitioner with a bond hearing

pursuant to 8 U.S.C. § 1226(a) within seven business days or otherwise release Petitioner if he has

not received the hearing within that period, and shall certify compliance by filing a status report

within seven business days of the date of the Order filed this same day.

IT IS SO ORDERED this 20th day of April, 2026.

BERNARD M. JONES, II
UNITED STATES DISTRICT JUDGE